CAMPBELL & WILLIAMS
J. COLBY WILLIAMS (5549)
jcw@cwlawlv.com
PHILIP R. ERWIN (11563)
pre@cwlawlv.com
710 South Seventh Street
Las Vegas, Nevada 89101
Telephone: 702.382.5222

*Attorneys for Defendant*
*Zuffa, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SAUL GARCIA, individually, and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZUFFA, LLC d/b/a ULTIMATE FIGHTING CHAMPIONSHIP, a Nevada limited liability company,<br><br>Defendants. | Case No. 2:23-cv-01211-JAD-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Pursuant to Local Rules IA 6-1, 6-2 and LR 7-1, the undersigned counsel of record for Plaintiff Saul Garcia and Defendant Zuffa, LLC ("Zuffa") hereby STIPULATE to extend the time for Zuffa to file its response to the Complaint. Zuffa's response to the Complaint is currently due August 9, 2023. The parties have agreed to a three-week extension of time. If approved, Zuffa's response to the Complaint would be due on August 30, 2023.

This is the first stipulation seeking to extend the subject deadline.  Zuffa submits that the extension requested herein is not for purposes of delay.

DATED this 8th day of August, 2023.        DATED this 8th day of August, 2023.

MARKMAN LAW                                CAMPBELL & WILLIAMS

By: _David A. Markman_____                 By: _/s/ J. Colby Williams_____
DAVID A. MARKMAN, ESQ. (12440)             J. COLBY WILLIAMS, ESQ. (5549)
4484 South Pecos Road, Suite 130           PHILIP R. ERWIN, ESQ. (11563)
Las Vegas, Nevada 89121                    710 South Seventh Street
Email: david@markmanlawfirm.com            Las Vegas, Nevada 89101

ZIMMERMAN REED LLP                         *Attorneys for Defendant*
Hart L. Robinovitch                        *Zuffa, LLC*
Email: hart.robinovitch@zimmreed.com
14648 N. Scottsdale Rd., Suite 130
Scottsdale, AZ 85254

ZIMMERMAN REED LLP
Zachary J. Freese
Email: zachary.freese@zimmreed.com
80 South 8th St., Suite 1100
Minneapolis, MN 55402

*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

By:_____
   UNITED STATES ~~DISTRICT~~
   [OR MAGISTRATE] JUDGE

Dated:____8-9-2023_____

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of August, 2023, I caused a true and correct copy of the foregoing **Stipulation and [Proposed] Order Extending Time for Defendant to Respond to Complaint** to be served via the United States District Court CM/ECF system on all parties or persons requiring notice.

　　　　　　　　　　　　　　　　　　　　  /s/ *Crystal B. Balaoro*
　　　　　　　　　　　　　　　　　　　　 An employee of Campbell & Williams