HOLLAND & KNIGHT LLP
Ashley L. Shively (*pro hac vice*)
Daniel P. Kappes (*pro hac vice*)
Zachary T. Watterson (*pro hac vice*)
560 Mission Street, Suite 1900
San Francisco, CA  94105
Telephone:  415.743.6900
Facsimile:  415.743.6910
ashley.shively@hklaw.com
daniel.kappes@hklaw.com
zachary.watterson@hklaw.com

CAMPBELL & WILLIAMS
J. Colby Williams (SBN 5549)
710 South 7th Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540
jcw@cwlawlv.com

Attorneys for Defendant
ZUFFA, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SAUL GARCIA, individually, and on behalf of all similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ZUFFA, LLC, d/b/a ULTIMATE FIGHTING CHAMPIONSHIP, a Nevada limited liability company<br><br>Defendant.<br><br>*Related actions:*<br><br>*Reza, et al., v. Zuffa, LLC, et al.*, No. 2:23-cv-00802-CDS-EJY (D. Nev.)<br><br>*Sanchez v. Zuffa, LLC*, Case No. 2:23-cv-01259-CDS-EJY (D. Nev.) | Case No.: 2:23-CV-01211-CDS-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>**(Second Request)** |

1  Pursuant to Local Rule IA 6-1, 6-2 and LR 7-1, the undersigned counsel of record for Plaintiff
2  Saul Garcia and Defendant Zuffa, LLC hereby STIPULATE to extend the time for Zuffa to file an
3  answer or move in response to the complaint. Per the parties' first stipulation and the Court's August
4  8, 2023 Order, Zuffa's response to the complaint is currently due August 30, 2023. ECF No. 5.
5  On August 24, 2023, Zuffa filed a Motion to Consolidate this case with the related cases,
6  *Reza, et al. v. Zuffa, LLC et al.*, Case No. 2:23-cv-00802-CDS-EJY, and *Sanchez v. Zuffa, LLC*, Case
7  No. 2:23-cv-01259-CDS-EJY. As such, any response to the complaint in this action may be moot
8  should the Court grant the Motion to Consolidate. The parties agree it would be in the interest of
9  judicial economy to defer Zuffa's deadline to file an answer or move until 21 days after a consolidated
10  amended complaint is filed, or after the Motion to Consolidate is denied, as the case may be

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

This is the second stipulation seeking to extend the subject deadline. Zuffa submits that the extension requests herein is not for purposes of delay.

Dated this 30th day of August, 2023.

By: _/s/ Hart L. Robinovitc_____
ZIMMERMAN REED LLP
Hart L. Robinovitch (pro hac vice)
Email: art.robinovitch@zimmreed.com
14648 N. Scottsdale Rd., Suite 130
Scottsdale, AZ 85254

Zachary J. Freese
Email: zachary.freese@zimmreed.com
80 South 8th St., Suite 1100
Minneapolis, MN 55402

DAVID A. MARKMAN, ESQ. (12440)
4484 South Pecos Road, Suite 130
Las Vegas, Nevada 89121
Email: david@markmanlawfirm.com

*Attorneys for Plaintiff*

Dated this 30th day of August, 2023.

By: _/s/ Ashley L. Shively_____
Ashley L. Shively (pro hac vice)
E-mail: ashley.shively@hklaw.com
Daniel P. Kappes (pro hac vice)
E-mail: daniel.kappes@hklaw.com
Zachary T. Watterson (pro hac vice)
E-mail: zachary.watterson@hklaw.com
HOLLAND & KNIGHT LLP
560 Mission Street, Suite 1900
San Francisco, CA  94105
Telephone:  415.743.6900

J. Colby Williams (SBN 5549)
E-mail:jcw@cwlawlv.com
Philip R. Erwin (SPN 11563)
E-mail: pre@cwlawlv.com
CAMPBELL & WILLIAMS
710 South 7th Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222

*Attorneys for Defendant Zuffa, LLC*

**IT IS SO ORDERED.**

By: _____
UNITED STATES MAGISTRATE JUDGE

Dated: August 30, 2023